FILED

12/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0468

In the Matter of the Guardianship
And Conservatorship of:

W.M.W., Jr.,

An Alleged Incapacitated Person.

## ORDER

Upon consideration of Counsel's motion to dismiss the above-entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 5 2024